```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
                                         :   12cv7096 (DLC)
THE BANK OF NEW YORK MELLON, solely as   :
Trustee for GE-WMC Mortgage Securities   :   ORDER
Trust 2006-1,                            :
                Plaintiff,               :
                                         :
       -v-                               :
                                         :
WMC MORTGAGE, LLC, and GE MORTGAGE       :
HOLDING, L.L.C.,                         :
                Defendants.              :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On September 19, 2014, the parties submitted a status report indicating that they will conduct settlement discussions before a private mediator. Accordingly, it is hereby

ORDERED that the parties shall engage in settlement discussions before a private mediator no later than October 31, 2014.

Dated:   New York, New York
         September 22, 2014

                                   _____
                                         DENISE COTE
                                   United States District Judge